

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00576-CR

George Oscar **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6904
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 23, 2020.

_____
Beth Watkins, Justice